AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA

United States District Court
Southern District of Texas
FILED

MAY - 5 2019

UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Jesus MINEZ-Ortiz | Case Number: B-19- **MJ-546** |
| A073 084 865  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 03, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 03, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 04/26/2013. The defendant was convicted of Being Found In The U.S After Previous Deportation on 12/20/2010. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $120.00 MXN pesos at time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Quintanilla, Adalberto    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested

May 05, 2019                                    at    Brownsville, Texas
Date                                                  City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge             Title of Judge             Signature of Judge